# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Greenblue Urban America, Inc., Greenblue Urban, Ltd., and Greenblue Urban North America, Inc., | Case No. 22-11076 |
| | Judith E. Levy |
| Plaintiffs, | United States District Judge |
| v. | Mag. Judge Curtis Ivy, Jr. |
| Deeproot Green Infrastructure, LLC, | |
| Defendant. | |
| _____/ | |

## ORDER ADOPTING REPORT AND RECOMMENDATION [22]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending the Court grant Defendants' Motion to Dismiss (ECF No. 6) and deny as moot Plaintiffs' Motion to Strike (ECF No. 11). The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 22) is ADOPTED;

Defendants' motion to dismiss for lack of personal jurisdiction is granted (ECF No. 6);

Plaintiffs' motion to strike is denied as moot (ECF No. 11); and

This case is hereby DISMISSED without prejudice.[1]

IT IS SO ORDERED.

| | |
|---|---|
| Dated: November 30, 2022<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 30, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).